| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor 1 | Connie L White | |
| Debtor 2 (Spouse, if filing) | | |
| United States Bankruptcy Court for the: | Middle District of | Tennessee (State) |
| Case number | 1:20-bk-00786-CMM | |

Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 8079

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | 4/24/2020, 5/22/2020 | (3) | $ 1,550.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 2/14/2020 - POC and 410A | (5) | $ 500.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify:_____ | | (11) | $ |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2  Notice of Postpetition Mortgage Fees, Expenses, and Charges  page 1

| Debtor 1 | Connie L White | Case number (if known) | 1:20-bk-00786-CMM |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Mark Baker                         Date 08/12/2020
   Signature

Print: Mark Baker                        Title Attorney for Creditor
       First Name   Middle Name   Last Name

Company: McMichael Taylor Gray, LLC

Address: 3550 Engineering Drive, Suite 260
         Number        Street
         Peachtree Corners, GA 30092
         City                State   ZIP Code

Contact phone ( 404 ) 474 – 7149        Email mbaker@mtglaw.com

**SR Law Group**

erussell@thesrlawgroup.com

INVOICE 

| BILL TO |
|---|
| SN Servicing Corporation |
| 323 5th Street |
| Eureka, CA  95501 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| ▇ | 02/14/2020 | $500.00 | 03/15/2020 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Legal Fee<br>▇ White - 01/14/20: reviewed loan history, note, and DOT documents; prepared and filed POC with 410A mortgage attachment | 1 | 500.00 | 500.00 |

The SR Law Group
PO Box 128
Mt Juliet, TN 37121
(615) 559-3190
erussell@thesrlawgroup.com

BALANCE DUE

**$500.00**

ck to Pay
PA

SR Law Group  Invoice

erussell@thesrlawgroup.com

| BILL TO |
| --- |
| SN Servicing Corporation |
| 323 5th Street |
| Eureka, CA 95501 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| ▓▓▓ | 04/24/2020 | $1,050.00 | 05/24/2020 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
| --- | --- | --- | --- |
| Legal Fee<br>▓▓▓▓ White - reviewed prior bankruptcy dockets and foreclosure publications; prepared Motion to Dismiss | 1 | 1,050.00 | 1,050.00 |

The SR Law Group  
PO Box 128  
Mt Juliet, TN 37121  
(615) 559-3190  
erussell@thesrlawgroup.com

BALANCE DUE **$1,050.00**

ok to pay

*Brandyn Emmons*

SR Law Group

Invoice

erussell@thesrlawgroup.com

| BILL TO |
|---|
| SN Servicing Corporation<br>323 5th Street<br>Eureka, CA  95501 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| ▇▇▇▇ | 05/22/2020 | $500.00 | 06/21/2020 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Legal Fee**<br>▇▇▇▇ White -reviewed proposed plan and payment history, prepared and filed objection to confirmation of plan | 1 | 500.00 | 500.00 |

The SR Law Group
PO Box 128
Mt Juliet, TN 37121
(615) 559-3190
erussell@thesrlawgroup.com

BALANCE DUE  **$500.00**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES** in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

**Via U.S. Mail:**
Connie L White
308 Kennedy St
Lawrenceburg, TN 38464

**Via CM/ECF electronic service:**
J. Robert Harlan
Harlan, Slocum & Quillen
PO Box 949
Columbia, TN 38402-0949

Henry Edward Hildebrand, III
PO Box 340019
Nashville, TN 37203-0019

US Trustee
Office of the United States Trustee
701 Broadway Ste 318
Nashville, TN 37203-3966

Dated: August 12, 2020

    Respectfully submitted,

    /s/ Mark A. Baker
    Mark A. Baker, TN Bar No. 26055
    MCMICHAEL TAYLOR GRAY, LLC
    3550 Engineering Drive, Suite 260
    Peachtree Corners, GA 30092
    Telephone: (404) 474-7149
    Facsimile: (404) 745-8121
    E-mail: mbaker@mtglaw.com